UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DESCHRYVER,<br><br>       Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | No.  2:16-cv-0146 CKD<br><br><br>ORDER TO SHOW CAUSE |

Attorney David Chermol has filed a petition to practice Pro Hac Vice.  The counselor indicates he has twice been admitted to practice Pro Hac Vice before this court, both times in September, 2015.  Under Local Rule 180(b)(2)(iii), an attorney may not be admitted to practice Pro Hac Vice if he "is regularly engaged in professional activities in California."  It appears that attorney Chermol regularly litigates social security matters in this District.

Accordingly, IT IS HEREBY ORDERED that no later than February 17, 2016, attorney Chermol should show cause why the petition to practice Pro Hac Vice should not be denied and why the counselor should not be required to become a member of the Bar of this Court.

Dated:  February 3, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 deschryver0146.ss.phv.osc