UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DESCHRYVER, | No. 2:16-cv-0146 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested an extension of time to file a motion for summary judgment. Plaintiff is advised that in the Eastern District of California, it is the custom and practice of counsel to obtain stipulations for extensions of time from opposing counsel and to thereafter submit the stipulation and proposed order to the court. It is expected that in the future, plaintiff's counsel will follow this practice.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion for extension of time (ECF No. 16) is granted.

////

////

////

////

1

2. Plaintiff's opening brief shall be filed no later than July 22, 2016. The dates in the scheduling order for filing opposition and reply are amended accordingly.

Dated: June 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 deschryver0146.ss.eot