PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA DESCHRYVER, | ) Civil No. 2:16-cv-00146-TLN-CKD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MSJ** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant apologizes for improperly calendaring this case schedule and respectfully requests this extension of time because of a very heavy workload, including an upcoming Ninth Circuit brief, and to allow for proper evaluation of the record to determine the possibility of voluntary remand in lieu of further litigation.

Stip. to Extend Def.'s MSJ

1

1     The new due date for Defendant's motion for summary judgment will be Monday, September 19, 2016.

Respectfully submitted,

Date: *August 29, 2016*      CHERMOL & FISHMAN, LLC

By:   */s/ David F. Chermol**
    DAVID F. CHERMOL
    * *By email authorization on August 29, 2016*
    Attorney for Plaintiff

Date: *August 29, 2016*      PHILIP A. TALBERT
    Acting United States Attorney

By:   */s/ Jeffrey Chen*
    JEFFREY CHEN
    Special Assistant United States Attorney
    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ